# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| TAMEKA DESHELL MAXSON, | |
| Plaintiff, | |
| v. | CASE NO. 4:16-cv-00060-JVB-PRC |
| ARCADIA RECOVERY BUREAU, LLC, | Honorable Joseph S. Van Bokkelen |
| Defendant. | Magistrate Honorable Paul R. Cherry |

## NOTICE OF SETTLEMENT

TO THE COURT:

The Parties hereby submit this Notice of Settlement to inform the Court that the instant proceeding has been settled and the Parties are in the process of executing the associated documents. The Parties request 45 days in which to file the stipulated dismissal.

Dated: February 23, 2017                    Respectfully Submitted,

/s/ Daniel M. Spector
Daniel M. Spector
Counsel for Plaintiff
Consumer Law Partners, LLC
435 North Michigan Avenue, Suite 1609
Chicago, Illinois 60611
Phone (267) 422-1000
Fax: (267)422-2000

## **CERTIFICATE OF SERVICE**

  I, Daniel M. Spector, an attorney, certify that on February 23, 2017, I caused the foregoing **Notice of Settlement** to be served upon the Defendant, Arcadia Recovery Bureau, LLC, via electronic mail and U.S. Mail postage prepaid to the following address.

Arcadia Recovery Bureau, LLC
c/o Kightlinger & Gray, LLP
Attn: Nicholas W. Levi
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
Email: nlevi@k-glaw.com

/s/ Daniel M. Spector
Daniel M. Spector, Esq. #6310224
David S. Klain, Esq. #66305
Counsel for Plaintiffs
Admitted in the Northern District of Illinois
Consumer Law Partners, LLC
435 N. Michigan Ave., Suite 1609
Chicago, Illinois 60611
(267) 422-1000 (phone)
(267) 422-2000 (fax)