# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| TAMEKA DESHELL MAXSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 4:16-cv-00060-JVB-PRC |
| vs. | ) |
| | ) Honorable Judge Joseph S. Van Bokkelen |
| | ) |
| ARCADIA RECOVERY BUREAU, LLC, | ) Magistrate Judge Paul R. Cherry |
| | ) |
| Defendant, | ) |
| | ) |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, TAMEKA DESHELL MAXSON ("Plaintiff"), by and through her attorneys, Consumer Law Partners, LLC and in support of Plaintiff's voluntary dismissal, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41, hereby voluntarily dismisses her claims against the Defendant with prejudice. Each party shall bear its own costs and fees.

Dated: March 30, 2017      Respectfully Submitted,

/s/ Daniel M. Spector
Daniel M. Spector
Counsel for Plaintiff
Consumer Law Partners, LLC
435 North Michigan Avenue, Suite 1609
Chicago, Illinois 60611
Phone (267) 422-1000
Fax: (267)422-2000

## CERTIFICATE OF SERVICE

    I, Daniel M. Spector, an attorney, certify that on March 30, 2017, I caused the foregoing **Plaintiff's Notice of Voluntary Dismissal with Prejudice** to be served upon the Defendant, Arcadia Recovery Bureau, LLC via electronic mail to the following address.

Arcadia Recovery Bureau, LLC
Kightlinger & Gray, LLP
Attn: Nicholas W. Levi
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204

/s/ Daniel M. Spector
Daniel M. Spector, Esq. #6310224
David S. Klain, Esq. #66305
Counsel for Plaintiffs
Admitted in the Northern District of Illinois
Consumer Law Partners, LLC
435 N. Michigan Ave., Suite 1609
Chicago, Illinois 60611
(267) 422-1000 (phone)
(267) 422-2000 (fax)